# United States District Court
## Northern District of Texas
### Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2014 OCT -8 PM 3:34

SEALED

UNITED STATES OF AMERICA

V.

MICHAEL MCCOY
aka
Bam Bam

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:14-CR-367-B-13

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MICHAEL MCCOY
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Possess with the Intent to Distribute a Controlled Substance
Possession of a Controlled Substance with Intent to Distribute

in violation of Title   21

United States Code, Section(s)

846; 841(a)(1)

_____
Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

US Magistrate Judge Irma C. Ramirez

Oct 8, 2014        Dallas, TX
Date              Location

s/ Y. Pace
_____
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas

| DATE RECEIVED 11/7/14 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/7/14 | E. Quinones | |

USMS: 32480-177;    FID: 852267